K2 Investment Group, LLC, et al., Respondents-Appellants, v American Guarantee & Liability Insurance Company, Appellant-Respondent.

Submitted December 2, 2013; decided December 10, 2013

Motion by Complex Insurance Claims Litigation Association et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

Judge Abdus-Salaam taking no part.

In the Matter of Norse Energy Corp. USA, Appellant, v Town of Dryden et al., Respondents. Dryden Resources Awareness Coalition, Proposed Intervenor.

Submitted December 2, 2013; decided December 10, 2013

Motion by Town of Ulysses et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

The People of the State of New York, Respondent, v Churchill Andrews, Appellant.

Submitted December 2, 2013; decided December 10, 2013

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York, Respondent, v Ivan Calaff, Appellant.

Submitted November 25, 2013; decided December 10, 2013

Motion to strike Point II of appellant's brief denied.